```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF: )   CASE NO.  1:11-SW-00135 SKO
                                    )
12  26758 Martin Street,            )   MOTION TO UNSEAL SEARCH WARRANT
    Madera, CA 93638.               )   AND AFFIDAVIT
13                                  )
                                    )
14                                  )
                                    )
15                                  )
                                    )
16  _____)
```

FILED AUG 1 8 2011 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

17      The United States of America hereby applies to this Court for an
18  order unsealing the search warrant and affidavit in support of the
19  search warrant previously sealed herein by the Court on July 14,
20  2011. Due to the execution of the search warrant, the search warrant
21  and affidavit no longer need to remain sealed.
22      Accordingly, the United States requests that the search warrant
23  and affidavit be unsealed and made public record.

24  DATED: August 18, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
25
                              By:  /s/ Ian L. Garriques
26                                 IAN L. GARRIQUES
                                   Assistant U.S. Attorney
27

28

                                   1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>26758 Martin Street,<br>Madera, CA 93638. | CASE NO. 1:11-SW-00135 SKO<br><br>ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by order of this Court on July 13, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 8/18/11

_____
UNITED STATES MAGISTRATE JUDGE